U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 05 2017

TONY R. M_____, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DIANE WILKINS | CIVIL ACTION NO. 6:17-cv-00011 |
| VERSUS | JUDGE DOHERTY |
| CONTINENTAL CASUALTY COMPANY, HOYT & STANFORD, L.L.C., and TED HOYT | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent de novo review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendants' motion to dismiss for failure to state a claim on which relief may be granted (Rec. Doc. 7) is GRANTED, and the plaintiff's claims are DISMISSED WITHOUT PREJUDICE, consistent with the report and recommendation.

Lafayette, Louisiana, this 5th day of May, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE